UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| JAMES DAVIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:17-cv-00082 |
| | ) | CHIEF JUDGE CRENSHAW |
| TONY PARKER, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Court grant Defendants' Partial Motion to Dismiss. (Doc. No. 25.) No timely objections have been filed. After a de novo review of the record, the Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Partial Motion to Dismiss (Doc. No. 19) is **GRANTED**. Plaintiff's request for injunctive relief is **DISMISSED AS MOOT** because Plaintiff is no longer in the Tennessee Department of Correction custody. This case is **RETURNED** to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE