# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| JAMES DAVIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 1:17-cv-00082 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| TONY PARKER, et al., | ) | MAGISTRATE JUDGE |
| | ) | HOLMES |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendants' Motion to Dismiss for Failure to Prosecute (Doc. No. 34), which was filed on November 6, 2018. (Doc. No. 36). In the Report and Recommendation, the Magistrate Judge recommends Defendants' motion be granted and this action be dismissed with prejudice based on Plaintiff's unwillingness to prosecute his action in the normal fashion, including his refusal to participate in discovery and his disregard of the Court's Orders. Given Plaintiff's *pro se* and *in forma pauperis* status, however, the Magistrate Judge does not recommend an order of monetary sanctions against Plaintiff.

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendants' motion to dismiss is **GRANTED** and this action

is **DISMISSED** with prejudice. Monetary sanctions against Plaintiff, however, shall not be imposed. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE